

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gabriel Pies<br><br>Plaintiff,<br>V.<br><br>Newlan, Deputy 3749<br><br>Defendant. | Civil Action No.  23-cv-01097-JO-LR<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Final Judgment of Dismissal is hereby entered. The Court further certifies that an IFP appeal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3). Case is closed.

| | |
|---|---|
| **Date:**    5/24/24 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By:  s/ R. Contreras<br>R. Contreras, Deputy |